1 Joseph R. Manning, Jr. (SBN 223381)
ADAPracticeGroup@manninglawoffice.com
2 **MANNING LAW, APC**
20062 SW Birch Street
3 Newport Beach, CA 92660
Tel: 949.200.8755
4 Fax: 866.843.8308

5 *Attorneys for Plaintiff*

6 CARMEN JOHN PERRI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARSON EMERALD 101, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01746-AB-AGR<br><br>Hon. Andre Birotte, Jr.<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: February 24, 2020<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carmen John Perri ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

                              Respectfully submitted,

DATED : June 17, 2020       **MANNING LAW, APC**

                              By: /s/ *Joseph R. Manning, Jr.*
                                  Joseph R. Manning, Jr.
                                  Attorney for Plaintiff
                                  Carmen John Perri

# CERTIFICATE OF SERVICE

I certify that on June 17, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: June 17, 2020                    **MANNING LAW, APC**

By:  <u>*/s/ Joseph R. Manning, Jr., Esq.*</u>
     Joseph R. Manning, Jr., Esq.
     Attorney for Plaintiff,
     Carmen John Perri